UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHANA R. PITTMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 1:12-cv-01128-DKL-WTL |
| MICHAEL J. ASTRUE Commissioner of ) | |
| the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

### **JUDGMENT**

The Court, having made its entry on September 20, 2013, it is ADJUDGED that the final decision of the Commissioner denying the application for Disability Insurance Benefits and Supplemental Security Income disability benefits for Chana R. Pittman based on her application filed on October 29, 2009, is **AFFIRMED**.

**So ORDERED.**

Date: 09/20/2013

_____
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Patrick Harold Mulvany
patrick@mulvanylaw.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov